IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30435
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RON WILLIAMS, also known as Shorty,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 00-CR-170-17-N
--------------------
November 27, 2002

Before KING, Chief Judge, and BARKSDALE and STEWART, Circuit
Judges.

PER CURIAM:[*]

Court-appointed counsel for Ron Williams has moved for
leave to withdraw and has filed a brief pursuant to Anders
v. California, 386 U.S. 738 (1967).  Williams has received a
copy of counsel's motion and brief, but he has not filed a pro se
brief of his own.  Our review of the brief filed by counsel and
of the record discloses no nonfrivolous issue for appeal.
Accordingly, the motion for leave to withdraw is GRANTED, counsel
is excused from further responsibilities, and the APPEAL IS
DISMISSED.  See 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.